No. 754. HAYES *v.* UNITED STATES. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed

802

further *in forma pauperis,* denied. *Mr. James F. Kemp* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.